## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| 425 Third Street, S.W., Suite 800 | ) | |
| Washington, DC 20024, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| Office of General Counsel | ) | |
| Washington, DC 20505, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant Central Intelligence

Agency to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization

incorporated under the laws of the District of Columbia and headquartered at 425 Third Street

S.W., Suite 800, Washington, DC 20024.   Plaintiff seeks to promote transparency, accountability,

and integrity in government and fidelity to the rule of law.   As part of its mission, Plaintiff

regularly requests records from federal agencies pursuant to FOIA.   Plaintiff analyzes the

responses and disseminates its findings and the requested records to the American public to inform

them about "what their government is up to."

4.      Defendant Central Intelligence Agency ("CIA") is an agency of the U.S.

Government and is headquartered in Langley, Virginia.   The CIA has possession, custody, and

control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On June 15, 2015 Plaintiff submitted a FOIA request to the CIA seeking the

production of:

     A)      All pornographic material collected during and/or after the
           U.S. military operation in Abbottabad, Pakistan on or about
           May 1, 2011 that killed Osama bin Laden; and

     B)      A catalogue or index of all pornographic material collected
           during and/or after the U.S. military operation in
           Abbottabad, Pakistan on or about May 1, 2011 that killed
           Osama bin Laden.

6.      By letter dated July 6, 2015, the CIA acknowledged receipt of Plaintiff's FOIA

request on June 23, 2015 and assigned it Reference Number F-2015-01977.

7.      Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the CIA was required to determine whether

to comply with the FOIA request within twenty (20) working days of receipt of the request and to

notify Plaintiff immediately of its determination, the reasons therefor, and the right to appeal any

adverse determination.

8.      The CIA's determination regarding Plaintiff's FOIA request was due by July 22,

2015 at the latest.

9.      As of the date of this complaint, the CIA has failed to: (i) determine whether to

comply with Plaintiff's FOIA request; (ii) notify Plaintiff of any such determination or the reasons

therefor; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

10.     Because the CIA has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C).

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

11.     Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12.     Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

13.     Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiff's FOIA request, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform their conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct searches for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:   March 7, 2016

Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha
D.C. Bar No. 995749
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC   20024
(202) 646-5172

*Counsel for Plaintiff*