UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16-cv-449 (KBJ) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

## CORRECTED ORDER

For the reasons set forth in the forthcoming Memorandum Opinion, which will be issued shortly absent unforeseen circumstances, it is hereby

**ORDERED** that the Defendant's motion for summary judgment (ECF No. 9) is **GRANTED**, and the Plaintiff's motion for summary judgment (ECF No. 11) is **DENIED**. It is

**FURTHER ORDERED** that this Order shall not be deemed a final Order subject to appeal until the Court has issued its Memorandum Opinion. *Cf. St. Marks Place Hous. Co. v. U.S. Dep't of Hous. & Urban Dev.*, 610 F.3d 75, 80–82 (D.C. Cir. 2010).

DATE: March 31, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge